Kevin Schwin (SBN 262595)
**SCHWINLAW, PC**
1220 E. Olive Avenue
Fresno, California 93728
Telephone: (559) 715-2889
Facsimile: (559) 221-6812

Attorney for Plaintiff
ROBERTO MAZARIEGOS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JUAN ROBERTO MAZARIEGOS KOOSEMANS, an individual, | CASE NO.: 2:17-cv-00809-TLN-CMK |
| Plaintiff, | **ORDER MODIFYING SCHEDULING ORDER PURSUANT TO STIPULATION OF THE PARTIES** |
| vs. | |
| SISKIYOU JOINT COMMUNITY COLLEGE, a California Public Entity; DENNIS WEATHERS, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court having read and considered the *Stipulation To Modify Scheduling Order* entered into by the parties herein, hereby finds that good cause exists to modify the July 21, 2017 Scheduling Order, as follows:

1. The non-expert discovery will remain open until July 27, 2018;
2. The deadline for hearings on any motions to compel is extended to August 31, 2018;
3. All other dates and deadlines in the July 21, 2017 Scheduling Order shall remain the same.

**IT IS HEREBY ORDERED.**

Dated: 2/12/2018

_____
Troy L. Nunley
United States District Judge