Patrick L. Deedon, State Bar No.: 245490
Tracey A. Amundson, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Dr., #300
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
tamundson@maire-law.com

Attorney(s) for Defendants,
SISKIYOU JOINT COMMUNITY COLLEGE DISTRICT, erroneously sued as
SISKIYOU JOINT COMMUNITY COLLEGE, and DENNIS WEATHERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROBERTO MAZARIEGOS KOOSEMANS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SISKIYOU JOINT COMMUNITY COLLEGE, a California Public Entity; and DENNIS WEATHERS, an individual,<br><br>Defendants.<br>_____/ | No: 2:17-cv-00809-TLN-CMK<br><br>**ORDER ON DEFENDANTS' MOTION TO SEAL DOCUMENT NUMBER ECF 11 FROM THE RECORD PURSUANT TO CAED L.R. 141 AND 141.1 (Fed. R. Civ. R. 5.2, 26)** |

The Court having read and considered Defendants' motion for an order sealing the document electronically filed in the above-mentioned case as ECF No. 11, hereby finds good cause exists and orders as follows:

///

///

///

1

**IT IS HEREBY ORDERED**:

1. Defendants' Motion to Seal, (ECF No. 11), is granted;

2. The document filed in the above-mentioned case as ECF No. 11 shall be sealed from the record.

IT IS SO ORDERED:

Dated: July 25, 2018

Troy L. Nunley
United States District Judge