Patrick L. Deedon, State Bar No.: 245490
Tracey A. Amundson, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Dr., #300
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
tamundson@maire-law.com
Attorney(s) for Defendants,
SISKIYOU JOINT COMMUNITY COLLEGE DISTRICT, erroneously sued as
SISKIYOU JOINT COMMUNITY COLLEGE, and DENNIS WEATHERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROBERTO MAZARIEGOS KOOSEMANS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SISKIYOU JOINT COMMUNITY COLLEGE, a California Public Entity; and DENNIS WEATHERS, an individual,<br><br>Defendants. | No. 2:17-cv-00809-TLN-DMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL ECF NO. 27.1** |

The Court having read and considered Defendants' motion, (ECF No. 30), for an order sealing the document electronically filed in the above-mentioned case as ECF No. 27.1, hereby finds good cause exists and orders as follows:

1. Defendants' motion to seal ECF No. 27.1, (ECF No. 30) is GRANTED;

2. The document filed in the above-mentioned case as ECF No. 27.1 shall be sealed from the record.

Dated: October 16, 2018

_____
Troy L. Nunley
United States District Judge

1